```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                                      CRIMINAL ACTION NO.4:95CR10WS

CALVIN WHITEHEAD,                                            DEFENDANT

                      ORDER ALLOWING REMISSION ON FINE

   This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on March 22, 1996, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the fine imposed March 22, 1996, is hereby remitted.

               SO ORDERED this the 30th day of June, 2006.

                          s/ HENRY T. WINGATE
                          _____
                          CHIEF UNITED STATES DISTRICT JUDGE